IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



UNITED STATES OF AMERICA,

    Plaintiff,

v.                      : Criminal Action No. 05- 114-2-UNA

LESLIE RIVERA BRUMFIELD,

    Defendant.

### MOTION AND ORDER FOR BENCH WARRANT

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Adam Safwat, Assistant United States Attorney, and hereby moves this Honorable Court for the issuance of a warrant for the arrest of Leslie Rivera Brumfield as a result of the Indictment returned against her on December 6, 2005, in the above-referenced case.

                                                      Respectfully submitted,

                                                      COLM F. CONNOLLY
                                                      United States Attorney

                                          By: _____
                                                   Adam Safwat
                                                   Assistant United States Attorney

Dated: December 15, 2005

    AND NOW, this 15 day of December, 2005, upon the foregoing Motion, **IT IS HEREBY ORDERED** that a warrant be issued for the arrest and apprehension of Leslive Rivera Brumfield.

                                                  _____
                                                  Honorable Mary Pat Thynge
                                                  United States Magistrate Judge

DEC 15 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE