AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

LESLIE RIVERA BRUMFIELD

**WARRANT FOR ARREST**

Case Number: CR 05-114-2-UNA

SEALED (crossed out) UNSEALED 1/12/06 KJK

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ LESLIE RIVERA BRUMFIELD _____
                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court   Violation   Probation Violation Petition

charging him or her    (brief description of offense)

CONSPIRACY TO VIOLATE 18:922(a)(3);
AIDING AND ABETTING TRANSPORTATION OF FIREARMS INTO NEW JERSEY FROM DELAWARE;
DISPOSING OF A FIREARM TO A FELON

in violation of _____ 18 _____ United States Code, Section(s) _____

Peter T. Dalleo
Name of Issuing Officer

By: [signature]; Deputy Clerk
Signature of Issuing Officer

Clerk, United States District Court
Title of Issuing Officer

December 16, 2005 in Wilmington, DE
Date and Location

Bail fixed at $ _____ by _____
                      Name of Judicial Officer

FILED
JAN 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

Leslie Brumfield

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12-16-05 | William Daniel, DUSM | William a[signature] |
| DATE OF ARREST | | |
| 1-12-06 | | |