IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORDER GRANTING CONTINUANCE

Case: U.S.A . v. __LESLIE BRUMFIELD__    CASE NO. __CR 05-114-2-KAJ__

The defendant, __LESLIE BRUMFIELD__, having been scheduled for arraignment on __JANUARY 19, 2006__ a continuance having been requested by __DEFENSE COUNSEL__ for the following reasons; __DUE TO A SCHEDULING CONFLICT__ and the Court, having considered the request, finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant to a speedy trial, it is

ORDERED,

(1) Defendant's arraignment is continued to __JANUARY 26, 2006__

(2) The period between __JANUARY 19TH__ and __JANUARY 26, 2006__ shall be excludable under the Speedy Trial Act (18 U.S.C.3161, et seq.).

Dated:

FILED
JAN 2 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE