UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No.: 05-114-02-KAJ |
| ) | |
| LESLIE RIVERA BRUMFIELD, ) | |
| ) | |
| Defendant. ) | |

**PRE-TRIAL MOTION OF DEFENDANT LESLIE RIVERA BRUMFIELD
TO SUPPRESS STATEMENTS**

Defendant, Leslie Rivera Brumfield, by and through her undersigned counsel, hereby moves this Honorable Court to conduct a pre-trial hearing to hear evidence and, thereafter, enter an order suppressing any statements made.

In support of this motion the defendant submits as follows:

1. On January 12, 2006, U.S. Marshals arrested Ms. Rivera Brumfield. Following her arrest, while she was in custody, S/A Leonard interviewed Ms. Rivera Brumfield in Deputy U.S. Marshal Jack Leo's vehicle.

2. The government may make no use of a statement involuntarily obtained from a defendant in violation of the Fifth Amendment. *Mincey v. Arizona*, 437 U.S. 385, 398 (1977). Similarly, the government may make no use of a statement obtained in violation of *Miranda v. Arizona*, 384 U.S. 436 (1966).

3. The government must prove by a preponderance of the evidence that Ms. Rivera Brumfield voluntarily, knowingly and intelligently waived *Miranda* rights. *Colorado v. Connelly*, 479 U.S. 157, 168 (1986). The government must further prove the

voluntariness of the statement itself. Ms. Rivera Brumfield did not knowingly, intelligently and voluntarily waive her *Miranda* rights.

4.  Ms. Rivera Brumfield further asserts that all evidence obtained as a result of the unconstitutional taking of the statement must be suppressed as fruits of the poisonous tree pursuant to *Wong Sun v. United States*, 371 U.S. 471 (1963).

5.  Ms. Rivera Brumfield will file additional appropriate motions, and will supplement this motion, as additional discovery is made available, as the investigation continues, and if the case is not resolved without the necessity of additional motions.

**WHEREFORE**, Defendant Leslie Rivera Brumfield respectfully requests this Court suppress her statement because it was involuntarily given and obtained in violation of the Fifth Amendment and *Miranda*.

    Respectfully submitted,

    JAN A. T. VAN AMERONGEN, LLC

    By: /s/ Jan A. T. van Amerongen, Jr.
        Jan A. T. van Amerongen, Jr. (#3453)
        Legal Arts Building
        1225 King Street, Suite 301
        Wilmington, Delaware 19801
        Telephone:   (302) 656-8007
        Attorney for George Williams

Dated: March 9, 2006