## **CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that on March 9, 2006, the attached Pre-Trial Motion Of Defendant Leslie Rivera Brumfield To Suppress Statements was served via CM/ECF electronic filing to counsel of record and via regular U.S. Mail, postage pre-paid, to:

| | |
|---|---|
| Adam Safwat, Esquire<br>United States Attorney's Office<br>The Nemours Building<br>1007 Orange Street, Suite 700<br>P.O. Box 2046<br>Wilmington, DE  19899-2046 | Eleni Kousoulis, Esquire<br>Federal Public Defender's Office<br>704 King Street, Suite 110<br>Wilmington, DE 19801 |

/s/ Jan A. T. van Amerongen, Jr.
Jan A. T. van Amerongen, Jr. (#3453)
Legal Arts Building
1225 King Street, Suite 301
Wilmington, Delaware 19801
Telephone:   (302) 656-8007
Attorney for Leslie Rivera Brumfield