IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-114-2-KAJ |
| ) | |
| LESLIE RIVERA BRUMFIELD, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

WHEREAS, Defendant Leslie Rivera Brumfield has filed a motion to suppress evidence (D.I. 23);

IT IS HEREBY ORDERED this 21st day of March, 2006, that a hearing on Defendant's motion is scheduled for May 4, 2006, at 9:30 a.m., in Courtroom No. 6A on the 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE

Wilmington, Delaware