IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Criminal Action No. 05-114-02-KAJ |
| LESLIE RIVERA BRUMFIELD, : | |
| Defendant. : | |

## MOTION TO CONTINUE SUPPRESSION HEARING

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Adam Safwat, Assistant United States Attorney, moves this Honorable Court for a continuance of the date set for an evidentiary hearing on the motion to suppress filed by defendant Leslie Brumfield, and requests that the date be continued from May 4, 2006, to June 8, 2006. The grounds for this motion are as follows:

1.     The government's witness–an ATF agent in New Jersey–is unavailable for significant family reasons in the last week of April 2004 and in May 2004; and

2.     Counsel for defendant Leslie Brumfield does not oppose this motion.

3.     The issue underlying the suppression motion is very narrow–whether the statement given by Leslie Brumfield when she was arrested was voluntary. The government concedes that the statement was made without the proper administration of the defendant's *Miranda* rights and thus may not be used in the government's case-in-chief. Nevertheless, if the statement was made voluntarily, the statement may be used to cross-examine the defendant, should she testify. *See Harris v. New York*, 401 U.S. 222, 224-26 (1971) (statement taken without proper *Miranda* warning may be used to attack defendant's credibility). *Cf. Michigan v.*

*Harvey*, 494 U.S. 344 (1990). Therefore, the prosecution of the government's case-in-chief does not turn on resolution of the suppression motion. For these reasons, if the Court's schedule does not permit the hearing to occur on June 8, 2006, the matter may be resolved with other evidentiary motions *in limine*.

WHEREFORE, the United States respectfully requests that the Court continue until June 8, 2006, or a later date convenient to the Court, the date set for the evidentiary hearing on defendant Leslie Brumfield's motion to suppress.

                              Respectfully submitted,

                              COLM F. CONNOLLY
                              United States Attorney

BY: _____
     Adam Safwat
     Assistant United States Attorney

Dated: April 10, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 05-114-02-KAJ |
| | ) | |
| LESLIE RIVERA BRUMFIELD, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon the unopposed motion filed by the government on April 10, 2006, in the above captioned-matter,

IT IS HEREBY ORDERED that:

1.  The hearing on the suppression motion currently scheduled for May 4, 2006, will be continued until June 8, 2006, at 2:00 p.m.

2.  The time from the date of this Order until June 8, 2006, shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq. The Court finds that this continuance serves the ends of justice for the reasons stated in the Government's motion.


Date: April _____ , 2006

                                                                      THE HONORABLE KENT A. JORDAN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-114-02-KAJ |
| LESLIE RIVERA BRUMFIELD, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Adam Safwat, an Assistant United States Attorney in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on the 10th day of April, 2006, I electronically filed **MOTION TO CONTINUE SUPPRESSION HEARING** with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filings to the following counsel of record:

Eleni Kousoulis, Esq.  
Asst. Federal Public Defender  
704 King Street, Suite 110  
Wilmington, DE 19801  
Attorney for Defendant Lash Brumfield

Jan A. T. van Amerongen, Esq.  
1225 King Street, Suite 301  
Wilmmington, DE 19801  
Attorney for Defendant Leslie Brumfield

_____  
Adam Safwat  
Assistant United States Attorney  
adam.safwat@usdoj.gov