# JAN A. T. VAN AMERONGEN, LLC

ATTORNEY AT LAW

*Also Admitted in PA, NJ, DC & MD*

Legal Arts Building
1225 King Street, Suite 301
Wilmington, DE 19801
Tel. (302) 656-8007
Fax (302) 571-9915
jatvalaw@aol.com

April 11, 2006

**VIA ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Lock Box 10
Wilmington, DE 19801

    Re:    United States v. Leslie Rivera Brumfield
            Criminal Action No. 05-114-02-KAJ

Dear Judge Jordan:

Please accept this letter as defendant Leslie Rivera Brumfield's response to the Motion to Continue Suppression Hearing filed yesterday by the United States of America.

Based upon the reasons set forth by the government, Ms. Brumfield does not oppose a continuance of the suppression hearing originally scheduled for May 4, 2006. The government's concession that Ms. Brumfield's statement was obtained in violation of *Miranda v. Arizona*, 384 U.S. 436 (1966) has narrowed the issues, but has not eliminated the need for a hearing. The defense concurs with the government that whether the statement was involuntarily provided must be decided at a hearing.

Respectfully submitted,

/s/ Jan A. T. van Amerongen, Jr.
Jan A. T. van Amerongen, Jr.

cc:    United States District Court, Clerk (via electronic filing)
       Adam Safwat, Esquire (via electronic filing)
       Ms. Leslie Brumfield (via regular mail)