IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-114-2-KAJ |
| ) | |
| LESLIE RIVERA BRUMFIELD, ) | |
| ) | |
| Defendant. ) | |

### ORDER

The court, having considered the Government's Motion to Continue Suppression Hearing (D.I. 25), and the defendant having no objection thereto;

IT IS HEREBY ORDERED that the suppression hearing scheduled for May 4, 2006 at 9:30 is continued to **June 8, 2006 at 2:00 p.m.**

The time from the date of this Order until June 8, 2006, shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.* The court finds that this continuance serves the ends of justice for the reasons stated in the Government's motion.

_____
UNITED STATES DISTRICT COURT

April 12, 2006
Wilmington, Delaware