*Filed In Open Court 6/8/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-114-02-KAJ |
| LESLIE RIVERA BRUMFIELD, | : | |
| Defendant. | : | |

### GOVERNMENT'S MOTION TO DISMISS ALL COUNTS AGAINST LESLIE RIVERA BRUMFIELD

**NOW COMES** the United States, through its undersigned attorneys, and moves to dismiss Counts One, Two and Four of the Indictment in this case as against defendant Leslie Rivera Brumfield. This motion is made in the interests of justice and pursuant to the memorandum of plea agreement entered by co-defendant Lash Brumfield on June 8, 2006.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Date: June 8, 2006.

\* \* \*

**AND NOW**, this ____ day of June, 2006, upon the foregoing motion, **IT IS HEREBY ORDERED** that Counts One, Two and Four of the Indictment against co-defendant Leslie Rivera Brumfield are **DISMISSED**.

_____
THE HONORABLE KENT A. JORDAN
UNITED STATES DISTRICT JUDGE