IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>v.<br><br>LESLIE RIVERA BRUMFIELD,<br><br>          Defendant. | Criminal Action No. 05-114-KAJ |

### MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Counts 1, 2 and 4 of the Indictment as those counts relate to Leslie Rivera Brumfield, pursuant to the Memorandum of Plea Agreement executed by her co-defendant, Lash Brumfield, on June 8, 2006.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: August 3, 2006

**IT IS SO ORDERED** this _____ day of _____, 2006.

_____
HONORABLE KENT A. JORDAN
United States District Court

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>LESLIE RIVERA BRUMFIELD, )<br>)<br>Defendant. ) | Criminal Action No. 05-114-KAJ |

I, Sharon L. Bernardo, employee with the United States Attorney's Office, hereby certify that on August 3, 2006, I electronically filed the foregoing:

### MOTION AND ORDER TO DISMISS

with the Clerk of the Court using CM/ECF which will send notification of such filing to:

Eleni Kousoulis, Esquire
ecf_ek@msn.com

Jan A.T. van Amerongen, Jr.
jatvalaw@aol.com

/s/ Sharon L. Bernardo